McGRATH, Respondent, v. RYAN, et al, Appellants

(289 N. W. 88.)

(File No. 8226. Opinion filed December 12, 1939.)

**Tom Donahue,** of White River, and **Sutherland & Payne,** of Pierre, for Appellants.

**M. Q. Sharpe,** of Kennebec, for Respondent.

PER CURIAM. The appeal in the above entitled case is ruled by the opinion this day filed in the case of Rosebud Lumber & Coal Company, a corporation v. D. J. Ryan, James L. Orr and James M. Srb, as Members of the Board of County Commissioners of Mellette County, South Dakota, 67 S. D. 72, 289 N. W. 81.

The judgment of the trial court is reversed.

Costs will not be taxed.

POLLEY, J., absent and not sitting.

J. D. ADAMS CO., A Corporation, Respondent, v. RYAN, et al, Appellants

(289 N. W. 88.)

(File No. 8227. Opinion filed December 12, 1939.)

**Tom Donahue,** of White River, and **Sutherland & Payne,** of Pierre, for Appellants.

**M. Q. Sharpe,** of Kennebec, for Respondent.

PER CURIAM. The appeal in the above entitled case is ruled by the opinion this day filed in the case of Rosebud Lumber & Coal Company, a corporation v. D. J. Ryan, James L. Orr and James M. Srb, as Members of the Board of County Commissioners of Mellette County, South Dakota, 67 S. D. 72, 289 N. W. 81.

The judgment of the trial court is reversed.

Costs will not be taxed.

POLLEY, J., absent and not sitting.